# EXHIBIT 1

FILED
12/20/2024 3:08 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2024CH10854
Calendar, 16
30696045

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

Atty. No. 41106

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

JACQUILINE PETTITT, on
behalf of Plaintiff and the class
members described herein,

      Plaintiff,

      vs.

PROCTER & GAMBLE
DISTRIBUTING LLC,

      Defendant.

2024CH10854

## COMPLAINT  – CLASS ACTION

1.     Plaintiff Jacquiline Pettitt brings this action against Defendant Procter & Gamble Distributing LLC ("P&G") to secure redress for its failure to honor a promotional contest and use of unfair and deceptive means to avoid doing so.

### PARTIES

2.     Plaintiff Jacquiline Pettitt is a resident of  Illinois.

3.     Defendant P&G is a limited liability company organized under Delaware law with its principal office at 1 Procter & Gamble Plaza, Cincinnati, OH 45202. It does business in Illinois.  Its registered agent and office is C T Corporation System, 208 S. La Salle St., Suite 814, Chicago, IL 60604-1101.

4.     Defendant P&G markets, sells, distributes and promotes Charmin bathroom tissue, which is one of the largest-selling brands of bathroom tissue in the United States.

### FACTS

5.     P&G conducted a monthly sweepstakes promotion to encourage the sale of Charmin tissue.

6.     The prize for each monthly promotion was 12 monthly packages each containing 18 rolls of bathroom tissue, worth $300 to $407.

FILED DATE: 12/20/2024 3:08 PM    2024CH10854

7.    To participate, a consumer had to answer a series of questions about the cartoon bears P&G uses to promote Charmin, their households, and their shopping habits ("Jebbit quiz"), and, at the end, provide an email address to receive promotional emails.  (Exhibit A)

8.    Plaintiff answered the questions and provided an email address.

9.    On December 16, 2024, P&G notified Plaintiff that she won the contest (Exhibit B).

10.    Later that day, P&G claimed that she had not won, and would receive a $2 coupon. (Exhibit C)

11.    Exhibit C is a form communication.

12.    On December 17, 2024, P&G sent another email claiming Plaintiff had not won, and this time offering two $25 coupons.  (Exhibit D)

13.    Exhibit D is a form communication.

14.    Plaintiff inquired what had happened and received another email (Exhibit E) on December 18, 2024, stating that the first December 16, 2024 email (Exhibit B) was an error.

15.    Clicking on the "toilet paper sweepstakes rules" on Exhibit A provides the following:

Terms and Conditions

The Charmin Super Mega Sweepstakes

OFFICIAL RULES. NO PURCHASE NECESSARY TO ENTER THE SWEEPSTAKES.

A PURCHASE DOES NOT INCREASE YOUR CHANCES OF WINNING.

Sweepstakes Timing: The Charmin Super Mega Sweepstakes (the "Sweepstakes") begins at 12:00 a.m. Eastern Time ("ET") on 10/18/2024 and ends at 11:59 p.m. ET on 9/30/2025 (the "Sweepstakes Period"). The Sweepstakes Period will consist of twelve (12) entry periods (each an "Entry Period") as described below. Each Entry Period will start at 12:00 a.m. ET on the start date listed and end at 11:59 p.m. ET on the end date listed below.

| Entry Period | Start Date | End Date | Drawing Date |
| --- | --- | --- | --- |
| 1 | 10/18/2024 | 10/31/2024 | 11/1/2024 |
| 2 | 11/1/2024 | 11/30/2024 | 12/2/2024 |
| 3 | 12/1/2024 | 12/31/2024 | 1/2/2025 |
| 4 | 1/1/2025 | 1/31/2025 | 2/3/2025 |
| 5 | 2/1/2025 | 2/28/2025 | 3/3/2025 |
| 6 | 3/1/2025 | 3/31/2025 | 4/1/2025 |
| 7 | 4/1/2025 | 4/30/2025 | 5/1/2025 |

2

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

| 8 | 5/1/2025 | 5/31/2025 | 6/2/2025 |
| 9 | 6/1/2025 | 6/30/2025 | 7/1/2025 |
| 10 | 7/1/2025 | 7/31/2025 | 8/1/2025 |
| 11 | 8/1/2025 | 8/31/2025 | 9/2/2025 |
| 12 | 9/1/2025 | 9/30/2025 | 10/1/2025 |

Eligibility: The Sweepstakes is open only to legal residents of the 48 contiguous states of the United States and the District of Columbia, who are 18 years of age or older as of the last day of the month prior to date of entry. Employees of The Procter & Gamble Distributing LLC (the "Sponsor"), their respective parents, subsidiaries, divisions, affiliates, suppliers, distributors and advertising, promotional and judging agencies and their immediate family members (spouses, parents, children, and siblings and their spouses) and household members of each (whether related or not), are not eligible to participate or win. Void in Alaska, Hawaii and where prohibited by law. All federal, state, and local laws and regulations apply.

HOW TO ENTER THE SWEEPSTAKES: There is NO PURCHASE NECESSARY to participate in the Sweepstakes. A purchase does not increase your chances of winning. There are two (2) ways to enter the Sweepstakes.

1)      Enter on Charmin.com: You may enter the Sweepstakes by visiting Charmin.com and opting in to receive future communication from the Charmin brand at the bottom of the page. Upon opting in, you will receive an email that will include an opportunity for you to take a Jebbit Quiz. Upon completing the Jebbit Quiz, you will earn one (1) entry into the applicable Entry Period's drawing.  If you have already opted in to receive communication from Charmin prior to the start of the Sweepstakes Period, you will automatically receive the email with the opportunity to complete the Jebbit Quiz and enter. If you opted in and completed the survey from July 1, 2024- October 18, 2024, you will automatically earn an entry into Entry Period 1. You must complete the Jebbit Quiz in order to receive an entry. Limit one (1) entry per person via this entry method during the Sweepstakes Period.

2)      Enter via Email: You may earn a Sweepstakes entry by sending an email to: charminsweeps@dja.com. The email must include your first and last name, mailing address and month and year of birth to receive one (1) entry into the applicable Entry Period's drawing

All entries must be submitted by the end date of each Entry Period (as described in the chart above) to be eligible for that Entry Period's drawing. Entries will not roll over to subsequent Entry Periods, if any. Any attempt by any entrant to enter by using multiple/different email addresses, mailing addresses, identities, registrations and logins, or any other methods will void such entries and that entrant may be disqualified. Use of any automated or computer system to participate online is prohibited and will result in disqualification. Normal Internet/phone access and data/usage charges imposed by your online/phone service may apply.

Privacy:

Trust is a cornerstone of Sponsor's corporate mission and the success of their business depends on it. Sponsor is committed to maintaining your trust by protecting personal

3

FILED DATE: 12/20/2024 3:08 PM 2024CH10854

information they collect about you. Click here for the full details of Sponsor's Privacy Statement: http://www.pg.com/privacy/english/privacy_notice.html.

Random Drawings/Winner Notification:

One (1) Grand Prize winner will be selected for each Entry Period in random drawings on or about the dates listed in the chart above, from among all eligible entries received for each Entry Period by Don Jagoda Associates, Inc. (at their office in Melville, NY) whose decisions are final on all matters relating to the drawings. Odds of winning are dependent upon the total number of eligible entries received for each Entry Period. If a potential winner did not provide their full mailing address upon signing up, potential winner will be contacted via email and asked to provide/confirm their address within three (3) business days or prize may be forfeited and an alternate winner may be selected.

Grand Prize: Twelve (12) Grand Prizes (1 per Entry Period): A one (1) year supply of Charmin Super Mega toilet paper. Prize is awarded as twelve (12) packs of Charmin Super Mega 18 count. The Approximate Retail Value of each Grand Prize is $407. No transfer or substitution for any prize permitted, except at the sole discretion of the Sponsor for any reason, and, in such circumstance, an alternate prize of equal value will be awarded and the Sponsor's obligation to the winner will be fulfilled, and no other additional compensation will be provided. Prizes will be mailed to winners at the mailing addresses provided at the time of entry (or provided subsequently) within 4-6 weeks. Return of any prize as undeliverable will result in disqualification and alternate selection.

General rules:

By participating in the Sweepstakes, entrants agree to be bound by these Official Rules and the decisions of the Sponsor. In the event there is a discrepancy or inconsistency between disclosures or other statements contained in any Sweepstakes materials and the terms and conditions of the Official Rules, the Official Rules shall prevail, govern and control. Entries become the property of the Sponsor. The Sponsor and its agencies are not responsible for technical, hardware, software or telephone malfunctions of any kind, lost or unavailable network connections, or failed, incorrect, incomplete, inaccurate, garbled or delayed electronic communications caused by the user or by any of the equipment or programming associated with or utilized in the website or the Sweepstakes or by any human error which may occur in the processing of the entries in the Sweepstakes or for any liability for damage to any computer system resulting from participation in, accessing or downloading information in connection with the website or Sweepstakes. In the event of a dispute as to any entry, the authorized account holder of the email address used at time of entry will be deemed to be the entrant. Winners may be required to show proof of being the authorized account holder of the email address provided at time of entry. Proof of entering does not constitute proof of delivery or receipt of such information. Sponsor (as identified in these Official Rules) is not responsible for the failure of any email or entry to be received by Sponsor on account of technical problems or congestion on the internet or at any website. The Sponsor reserves the right at its sole discretion to disqualify any individual that tampers or attempts to tamper with the entry process or the operation of the Sweepstakes or website; violates the Official Rules; or acts in an unsportsmanlike or disruptive manner, or with intent to annoy, abuse, threaten or harass any other person. Any attempt by any person to deliberately undermine the legitimate operation of the Sweepstakes or website may be a violation of criminal and civil law, and, should such an attempt be made, Sponsor reserves the right to seek damages from any such person to the fullest extent permitted by law. Sponsor's failure to enforce any term of these Official Rules shall not constitute a waiver of

4

that provision. If, for any reason, the Sweepstakes is not capable of running as planned, including infection by computer virus, bugs, tampering, unauthorized intervention, fraud, technical failures, or any other causes beyond the reasonable control of the Sponsor which corrupt or affect the administration, security, fairness, integrity or proper conduct of the Sweepstakes or website, then the Sponsor reserves the right at its sole discretion to cancel the Sweepstakes and select the winners from among all eligible entries for each Entry Period received prior to cancellation. By participating in the Sweepstakes, the entrant agrees that Sponsor and their respective parents, subsidiaries, affiliated companies, agents, retailers, advertising and Sweepstakes agencies and all of their respective shareholders, officers, directors, employees and assigns, members, representatives and agents, will have no liability whatsoever for, and will be held harmless by entrant for any liability for any bodily injury, loss, cost or damages of any kind to persons, including death and property, damages sustained due in whole or in part, directly or indirectly, from entry creation, the acceptance, possession, use or misuse of the prize or parts thereof, if applicable or participation in the Sweepstakes or participation in any Sweepstakes or related activity. By entering the Sweepstakes, you hereby represent and warrant that you have read these Official Rules and are fully familiar with its contents.

Release and Limitations of Liability/Publicity Release: By participating in the Sweepstakes, the entrant agrees that Sponsor, their respective parents, subsidiaries, affiliated companies, agents, retailers, advertising and promotion agencies (collectively, "Sweepstakes Indemnities") and each party's respective affiliates, officers, directors, agents, and employees will have no liability or responsibility for any claim arising in connection with participation in the Sweepstakes or the awarding of the prizes. The winners assume all liability for any injury or damage caused, or claimed to be caused, by participation in the Sweepstakes or use or redemption of the prize. By entering the Sweepstakes, you acknowledge that you, not Sponsor are responsible for the contents of any material submitted in relation to the Sweepstakes. You hereby agree that the Sweepstakes Indemnities have the right to use your name, likeness or any other rights granted to Sponsor, including any claims, including but not limited to, trademark, copyright, or other intellectual property rights, right of publicity, right of privacy or defamation in Sponsor's sole discretion.

Governing Law: The Sweepstakes and the Official Rules shall be exclusively governed by and construed in accordance with the laws of the state of Ohio, without regard to conflicts of law provisions. Entrants submit to exclusive personal jurisdiction in Ohio and agree that any dispute shall be brought in the state or federal courts in Ohio. You agree that: (a) any and all disputes, claims and causes of action arising out of, or connected with the Sweepstakes or any prizes awarded shall be resolved individually, without resort to any form of class action, and exclusively by the appropriate court located in the State of Ohio; (b) any and all claims, judgments, and awards shall be limited to actual out-of-pocket costs incurred, including costs associated with entering the Sweepstakes, but in no event attorney's fees; and (c) notwithstanding the foregoing, you waive the right to claim any damages, whatsoever, including, but not limited to, punitive, consequential, direct or indirect damages.

Winners:

To receive a Winners List by email, send an email to: winners@dja.com with Charmin Super Mega Sweepstakes (01-2804-27) as the subject line. Requests must be received by November 30, 2025.

Sponsor:

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

The Sponsor of the Sweepstakes is The Procter & Gamble Distributing LLC, One P&G Plaza, Cincinnati, OH 45202.

This website uses cookies. By continuing to browse this site, you agree to our use of cookies. Read our Cookie Policy.

16.     The promotion had been conducted for at least a year and two months (14 cycles) prior to December 2024.

17.     P&G therefore had statistics on the number of persons who participated.

## CLASS ALLEGATIONS

18.     Plaintiff brings this action on behalf of a class.

19.     The class consists of (a) all individuals with Illinois addresses, according to P&G's records, (b) who were sent a notice in the form represented by Exhibit B (c) and did not receive either the 12 x 18 rolls of bathroom tissue or $300 to $407 in cash, (d) where the notice was sent on or after a date five years (Counts I and III) or three years (Count II) prior to the filing of this action.

20.     Plaintiff may alter the class definition to conform to developments in the case and discovery.

21.     On information and belief, based on the form communications, there are more than 40 class members, and the class is so numerous that joinder of all members is not practicable.

22.     There are questions of law and fact common to the class members, which common questions predominate over any questions relating to individual class members.  The predominant common questions are:

  a.     Whether P&G violated the Illinois Prizes and Gifts Act as described below;

  b.     Whether P&G engaged in unfair and deceptive acts and practices, in violation of the Illinois Consumer Fraud Act;

  c.     Whether P&G breached a unilateral contract.

23.     Plaintiff will fairly and adequately represent the class members.  Plaintiff has retained counsel experienced in class actions and consumer litigation.  Plaintiff's claim is typical of the claims of the class members.  All are based on the same factual and legal theories.

6

FILED DATE: 12/20/2024 3:08 PM    2024CH10854

24.     A class action is appropriate for the fair and efficient adjudication of this matter, in that:

     a.     Individual actions are not economically feasible.

     b.     Members of the class are likely to be unaware of their rights;

### COUNT I – ILLINOIS PRIZES AND GIFTS ACT

25.     Plaintiff incorporates paragraphs 1-24.

26.     The Illinois Prizes and Gifts Act, 815 ILCS 525/15, provides:

Application of Act.

Except as otherwise provided in this Act, this Act applies only to a written promotional offer that is:

(1)     made to a person in this State; . . .

(3)     used to induce or invite a person to contact by any means a promoter, sponsor, salesperson, or agent in this State.

27.     P&G is the "sponsor," defined in 815 ILCS 525/10, to "mean[] a person on whose behalf a promotion is conducted to promote or advertise goods, services, or property of that person. 'Sponsor' includes a person who conducts a promotion on behalf of another sponsor.

28.     815 ILCS 525/25, "Disclosures required," provides:

A written promotional prize offer must contain each of the following in a clear and conspicuous statement at the onset of the offer:

(1)     the true name or names of the sponsor and the address of the sponsor's actual principal place of business;

(2)     the retail value of each prize the person receiving the notice has been selected to receive or may be eligible to receive;

(3)     a disclosure that no purchase is necessary to enter such written promotional offer;

(4)     a disclosure that a purchase will not improve the person's chances of winning with an entry;

(5)     a statement of the person's odds of receiving each prize identified in the notice;

(6)     any requirement that the person pay the actual shipping or handling fees or any other charges to obtain or use a prize, including the nature and amount of the charges;

(7)     if receipt of the prize is subject to a restriction, a description of the restriction;

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

(8)    any limitations on eligibility; and

(9)    if a sponsor represents that the person is a "finalist", has been "specially selected", is in "first place", or is otherwise among a limited group of persons with an enhanced likelihood of receiving a prize, the written prize notice must contain a statement of the maximum number of persons in the group or purported group with this enhanced likelihood of receiving a prize.

29.    815 ILCS 525/30, "Prize award required," states:

A sponsor who represents that a person has been awarded a prize shall, not later than 30 days after making the representation, provide the person with:

(1)    the prize;

(2)    a voucher, certificate, or other document giving the person the prize; or

(3)    the retail value of the prize, as stated in the written prize notice, in the form of cash, a money order, or a certified check.

30.    815 ILCS 525/40, "Violations," provides:

(a)    Nothing in this Act may be construed to permit an activity otherwise prohibited by law.

(b)    Enforcement by consumer. A consumer who suffers loss by reason of any intentional violation of any provision of this Act may bring a civil action to enforce that provision. A consumer who is successful in such an action shall recover the greater of $500 or twice the amount of the pecuniary loss, reasonable attorney's fees, and court costs incurred by bringing such action.

(c)    Enforcement by Attorney General or State's Attorney. Violation of any of the provisions of this Act is an unlawful practice under the Consumer Fraud and Deceptive Business Practices Act [815 ILCS 505/1 et seq.]. All remedies, penalties, and authority granted to the Attorney General or State's Attorney by that Act shall be available to him or her for the enforcement of this Act.

31.    The Illinois Consumer Fraud Act Deceptive Business Practices Act prohibits waiver. 815 ILCS 505/10c.

32.    Defendant P&G violated the Illinois Prizes and Gifts Act by:

a.    Failing to deliver a prize to Plaintiff and any other Illinois resident notified that they would receive a prize, pursuant to a communication similar to Exhibit B.

b.    Failing to provide the odds of winning.  By the time of the incident described herein, P&G had statistics on the number of participants and could have

8

provided at least a range of odds.

33.     Defendant P&G also attempted to impose a waiver of the Illinois Prizes and Gifts Act on Illinois participants in the contest, by providing for Ohio venue and choice of forum, a waiver of liability, and an agreement to accept lesser remedies than provided in the Illinois Prizes and Gifts Act.

34.     Each of these provisions was invalid, given the specification of the geographic applicability in the Illinois Prizes and Gifts Act and the prohibition of waiver in 815 ILCS 505/10c. *Wright-Moore Corp. v. Ricoh Corp.,* 908 F.2d 128, 132 (7th Cir. 1990) (anti-waiver provision in statute specifying its geographic applicability violated by choice-of-law provision); *To-Am Equip. Co. v. Mitsubishi Caterpillar Forklift Am., Inc.,* 152 F.3d 658, 662 (7th Cir. 1998) (same); *Maher & Assocs., Inc. v. Quality Cabinets,* 267 Ill.App.3d 69, 640 N.E.2d 1000 (2d Dist. 1994) (invalidating both choice of law and choice of forum provisions).

35.     The violations of the Illinois Prizes and Gifts Act were intentional, in that they were effected by form provisions by a major corporation that uses prizes as a promotional means.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class and against Defendant P&G for:

      i.      Statutory damages ($500) or twice the pecuniary loss (the loss being $300 to $407);

      ii.      Attorney's fees, litigation expenses and costs of suit;

      iii.      Such other and further relief as the Court deems proper.

## COUNT II – ILLINOIS CONSUMER FRAUD ACT

36.     Plaintiff incorporates paragraphs 1-35.

37.     Defendant P&G engaged in unfair and deceptive acts and practices, in violation of 815 ILCS 505/2, by:

      a.      Violating the Illinois Prizes and Gifts Act;

      b.      Attempting to impose a waiver on Illinois consumers of the protections of

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

the Illinois Prizes and Gifts Act.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class and against Defendant P&G for:

  i.    Actual damages;

  ii.   Punitive damages;

  iii.  Attorney's fees, litigation expenses and costs of suit;

  iv.   Such other and further relief as the Court deems proper.

### COUNT III – BREACH OF CONTRACT

38.   Plaintiff incorporates paragraphs 1-35.

39.   The promotion was an offer for a unilateral contract, accepted by answering the questions and providing an email address.

40.   The terms of the contract included the terms imposed by law, through the Illinois Prizes and Gifts Act.

41.   Defendant P&G breached the contract by failing to provide a prize to Plaintiff and other persons notified that they were winners.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class and against Defendant P&G for:

  i.    Actual damages;

  ii.   Costs of suit;

  iii.  Such other and further relief as the Court deems proper.

*/s/ Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman
Tara L. Goodwin
Alexandra Huzyk
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

10

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

(312) 419-0379 (FAX)
Email address for service:  courtecl@edcombs.com
Dedelman@edcombs.com
tgoodwin@edcombs.com
ahuzyk@edcombs.com
Atty. No. 41106 (Cook)

11

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any  recovery herein for 1/3 or such amount as a court awards.   All rights relating to attorney's fees have been assigned to counsel.


*/s/ Daniel A. Edelman*
Daniel A. Edelman


12

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

## DOCUMENT PRESERVATION DEMAND

Plaintiff hereby demands that defendant take affirmative steps to preserve all recordings, data, documents, and all other tangible things that relate to plaintiff, the events described herein, any third party associated with any telephone call, campaign, account, sale or file associated with plaintiff, and any account or number or symbol relating to them. These materials are likely very relevant to the litigation of this claim. If defendant is aware of any third party that has possession, custody, or control of any such materials, plaintiff demands that defendant request that such third party also take steps to preserve the materials. This demand shall not narrow the scope of any independent document preservation duties of the defendant.

*/s/ Daniel A. Edelman*
Daniel A. Edelman

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

# EXHIBIT A

Case: 1:25-cv-00800 Document #: 1-1 Filed: 01/23/25 Page 16 of 39 PageID #:23

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

# Sign up for a chance to win FREE Charmin for a year!

## TAKE THE QUIZ

Toilet Paper Sweepstakes Rules

Privacy | Unsubscribe | Terms and Conditions | Your Privacy Choices ✓✗ | AdChoices ▷ | Do Not Sell or Share My Personal Information / Opt-Out of Targeted Advertising

FILED DATE: 12/20/2024 3:08 PM   2024CH10854





# What's your favorite bear?

Bearing-out is a state of mind. Which one gets your roar of approval?

Teddy                                          Water

Gummi                                          Brown

Privacy | Do Not Sell | Unsubscribe | Terms and Conditions | AdChoices

**WE'RE ON A MISSION TO HELP EVERYONE ENJOY THE GO!**

Sign up below to get the latest news about how we're bringing Charmin to you!

Email Address

SIGN UP

☐ By registering, I agree: I have read and agree to the Terms and Conditions and Privacy Policy, I am at least 18 years of age, and I want to receive emails from Charmin and

FILED DATE: 12/20/2024 3:08 PM   2024CH10854



**United States - English**                                              ▼

**RELATED SITES**                                                        ▼

**SUPPORT**                                                              ▼

Terms & Conditions

Privacy

Consumer Health Data Privacy Policy

Site Map

© 2024 Procter & Gamble

Your Privacy Choices ✓✗

Do Not Sell or Share My Personal Information /

Opt-Out of Targeted Advertising

NOTICE: We may sell your sensitive personal data.

12/19/24, 2:22 PM

sweepstakes | Charmin

FILED DATE: 12/20/2024 3:08 PM   2024CH10854





# How do you enjoy the go?

Tell us about your perfect wipe.

### Ultra Soft

### Ultra Strong

### Ultra Gentle

### Flushable Wipes

**WE'RE ON A MISSION TO HELP EVERYONE ENJOY THE GO!**

Sign up below to get the latest news about how we're bringing Charmin to you!

Email Address

SIGN UP

☐ By registering, I agree: I have read and agree to the Terms and Conditions and Privacy Policy, I am at least 18 years of age, and I want to receive emails from Charmin and



United States - English ▼

RELATED SITES ▼

SUPPORT ▼

Terms & Conditions

Privacy

Consumer Health Data Privacy Policy

Site Map

© 2024 Procter & Gamble

Your Privacy Choices ✓✗

Do Not Sell or Share My Personal Information /

Opt-Out of Targeted Advertising

NOTICE: We may sell your sensitive personal data.

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

12/19/24, 2:22 PM

sweepstakes | Charmin

FILED DATE: 12/20/2024 3:08 PM   2024CH10854





# How many cubs are in your cave?

Is your cave crowded with bear-lings, or do you have no cubs at all?

I live in a no-cub cave

I have a couple of cubs

I have cubs falling out of the cupboards.

Privacy | Do Not Sell | Unsubscribe | Terms and Conditions | AdChoices

## WE'RE ON A MISSION TO HELP EVERYONE ENJOY THE GO!

Sign up below to get the latest news about how we're bringing Charmin to you!

Email Address

SIGN UP

☐ By registering, I agree: I have read and agree to the Terms and Conditions and Privacy Policy, I am at least 18 years of age, and I want to receive emails from Charmin and

FILED DATE: 12/20/2024 3:08 PM   2024CH10854



**United States - English** ▼

**RELATED SITES** ▼

**SUPPORT** ▼

Terms & Conditions

Privacy

Consumer Health Data Privacy Policy

Site Map

© 2024 Procter & Gamble

Your Privacy Choices ✓✗

Do Not Sell or Share My Personal Information /

Opt-Out of Targeted Advertising

NOTICE: We may sell your sensitive personal data.

12/19/24, 2:23 PM

sweepstakes | Charmin

FILED DATE: 12/20/2024 3:08 PM 2024CH10854



# Bears Love to Shop

It's a little known fact! But each bear has their favorite roar...er, store to hang out at. If you were a bear, which would be your lair?

Amazon (I'm a virtual bear.)

Instacart

Walmart

Kroger

**WE'RE ON A MISSION TO HELP EVERYONE ENJOY THE GO!**

Sign up below to get the latest news about how we're bringing Charmin to you!

Email Address

SIGN UP

☐ By registering, I agree: I have read and agree to the Terms and Conditions and Privacy Policy, I am at least 18 years of age, and I want to receive emails from Charmin and

FILED DATE: 12/20/2024 3:08 PM   2024CH10854



**United States - English**                                    ▼

**RELATED SITES**                                              ▼

**SUPPORT**                                                    ▼

Terms & Conditions

Privacy

Consumer Health Data Privacy Policy

Site Map

© 2024 Procter & Gamble

Your Privacy Choices 

Do Not Sell or Share My Personal Information /

Opt-Out of Targeted Advertising

NOTICE: We may sell your sensitive personal data.

12/19/24, 2:23 PM

sweepstakes | Charmin

FILED DATE: 12/20/2024 3:08 PM 2024CH10854



# Do you even like bears?

I mean, if you're going to end up a bear, are you going to be happy about it? It's not our fault you started this thing, but we did want to understand before this wraps up if you're going to be happy with your bearification.

I love bears!

Bears? No, ick!

**WE'RE ON A MISSION TO HELP EVERYONE ENJOY THE GO!**

Sign up below to get the latest news about how we're bringing Charmin to you!

Email Address

SIGN UP

☐ By registering, I agree: I have read and agree to the Terms and Conditions and Privacy Policy, I am at least 18 years of age, and I want to receive emails from Charmin and

FILED DATE: 12/20/2024 3:08 PM   2024CH10854



🔍

**United States - English**                                                    ▼

**RELATED SITES**                                                              ▼

**SUPPORT**                                                                    ▼

Terms & Conditions

Privacy

Consumer Health Data Privacy Policy

Site Map

© 2024 Procter & Gamble

Your Privacy Choices ☑✖

Do Not Sell or Share My Personal Information /

Opt-Out of Targeted Advertising

NOTICE: We may sell your sensitive personal data.

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

# **EXHIBIT B**

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

**From:** Charmin <donotreply@charmin.com>
**Date:** December 16, 2024 at 8:42:57 AM CST
**To:** █████████████
**Subject: Charmin Super Mega Sweepstakes! Congrats!**
**Reply-To:** donotreply@charmin.com



Oh sheet...
you're this month's Charmin
Sweepstakes WINNER!

What did you win?

1

FILED DATE: 12/20/2024 3:08 PM    2024CH10854



## 3 Steps to Claim Your Prize

We need to know where you'll be Enjoying the Go…

Email us your address and we'll get Charmin rolling your way!

- Go <u>here</u> and select the "Email" option.
- Select "Promotions" from the "Reason for Writing" dropdown menu
- Let us know you're a winner in the "How can we help?" box

**Questions? Shoot us an <u>email</u>, or call us.**

**1-800-777-1410**

**FOLLOW US:**



FILED DATE: 12/20/2024 3:08 PM   2024CH10854

You've received this email because you've opted in to receive communications from Charmin.

<u>Unsubscribe</u> | <u>Privacy Policy</u> | <u>Terms & Conditions</u>

Privacy Team, 2 P&G Plaza TN-7, Cincinnati, OH 45202

©2024 The Procter & Gamble Company



FILED DATE: 12/20/2024 3:08 PM   2024CH10854

# EXHIBIT C

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

**From:** Charmin <donotreply@charmin.com>
**Date:** December 16, 2024 at 5:00:28 PM CST
**To:** █████████████████████
**Subject: Oopsie, we made a poopsie!**
**Reply-To:** donotreply@charmin.com



### Oopsie, we made a poopsie!

You recently received an email from us stating that you were the winner of the Charmin Super Mega Sweepstakes this month. Unfortunately, that message was sent in error. We are very sorry for any inconvenience and know that this is disappointing. Please be on the lookout for another email in the next couple of days with instructions on how to receive a $2 Charmin coupon. Thank you for rolling with us!

Questions? Shoot us an <u>email</u>.

You've received this email because you've opted in to receive communications from Charmin.

<u>Unsubscribe</u> | <u>Privacy Policy</u> | <u>Terms & Conditions</u>

1

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

Privacy Team, 2 P&G Plaza TN-7, Cincinnati, OH 45202

©2024 The Procter & Gamble Company



FILED DATE: 12/20/2024 3:08 PM   2024CH10854

# EXHIBIT D

FILED DATE: 12/20/2024 3:08 PM 2024CH10854

**From:** Charmin <donotreply@charmin.com>
**Date:** December 17, 2024 at 7:04:50 PM CST
**To:** ███████████████████
**Subject: Charmin Sweepstakes Coupons**
**Reply-To:** donotreply@charmin.com



## Our Sincere Apologies

We're sorry you were impacted by our sweepstakes error. We really value serving you.

Rather than the initial offer, please accept two coupons, each valid for up to $25 off one Charmin package* (that's up to $50 in value). **This offer is only valid for the original recipient of this email.** Click the link below to claim this offer before January 3, 2025. Please ensure you provide the email address where you received the initial Charmin Super Mega Sweepstakes email to be eligible to claim this offer.

FILED DATE: 12/20/2024 3:08 PM    2024CH10854

**Click to Claim Offer**

*Retailer participation may vary. Coupon Terms and Conditions apply.

Questions? Shoot us an <u>email</u>.

You've received this email because you've opted in to receive communications from Charmin.

<u>Unsubscribe</u> | <u>Privacy Policy</u> | <u>Terms & Conditions</u>

Privacy Team, 2 P&G Plaza TN-7, Cincinnati, OH 45202

©2024 The Procter & Gamble Company



FILED DATE: 12/20/2024 3:08 PM   2024CH10854

# **EXHIBIT E**

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

**From:** P&G Consumer Care <consumercare.im@pg.com>
**Date:** December 18, 2024 at 4:02:58 AM CST
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject: Thanks for contacting Charmin**



Hi Jakki,

Thank you for reaching out to Charmin.

The email you received stating that you were the winner of the Charmin Super Mega Sweepstakes was sent in error. We hope you accept our sincere apology. Please see our recent emails for instructions on claiming a Charmin coupon. We know this is disappointing and hope you will give us another try.

The Charmin Team

Need to get back in touch? Please do not change the subject line, just hit reply. This makes sure we receive your message.

ref:!00D800PUz7.!5004U01OgRcc:ref
25876565

FILED DATE: 12/20/2024 3:08 PM   2024CH10854

