**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JACQUILINE PETTITT, ) <br> on behalf of Plaintiff and class members, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROCTER & GAMBLE DISTRIBUTING ) <br> LLC, ) <br> ) <br> Defendant. ) | Case No. 1:25-cv-00800 <br><br> Hon. Judge Gettleman |

**STIPULATION OF DISMISSAL**

Now come the Parties, Plaintiff Jacquiline Pettitt and Defendant Procter & Gamble Distributing LLC, by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs, and the claims of the putative class without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Daniel A. Edelman <br> Daniel A. Edelman <br> Tara L. Goodwin <br> Alexandra Huzyk <br> EDELMAN, COMBS, LATTURNER <br> & GOODWIN, LLC <br> 20 South Clark Street, Suite 1800 <br> Chicago, IL 60603-1824 <br> (312) 739-4200 <br> (312) 419-0379 (FAX) <br> courtecl@edcombs.com <br> dedelman@edcombs.com <br> tgoodwin@edcombs.com <br><br> *Attorneys for Plaintiff* | /s/ Alyssa Gregory (with consent) <br> P. Russell Perdew <br> Alyssa Gregory <br> Troutman Pepper Locke LLP <br> 111 South Wacker Drive <br> Chicago, IL 60606 <br> (312) 443-1712 <br> rusty.perdew@troutman.com <br> alyssa.gregory@troutman.com <br><br> *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

      Daniel A. Edelman certifies that on October 24, 2025, the foregoing document was filed via the court's CM/ECF online system, causing a copy to be sent to all counsel of record.

                                                     */s/Daniel A. Edelman*
                                                     Daniel A. Edelman