# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 27, 2025

*By the Court*:

| | |
|---|---|
| No. 25-2391 | JACQUILINE PETTITT,<br>　　　　　　Plaintiff - Appellant<br><br>v.<br><br>PROCTER & GAMBLE DISTRIBUTING LLC,<br>　　　　　　Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-00800<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman | |

Upon consideration of the **STIPULATION OF DISMISSAL**, filed on October 24, 2025, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**　　(form ID: **137**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 27, 2025

To:   Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604

|  |  |
|---|---|
| No. 25-2391 | JACQUILINE PETTITT,<br>            Plaintiff - Appellant<br><br>v.<br><br>PROCTER & GAMBLE DISTRIBUTING LLC,<br>            Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-00800<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                          no record to be returned

form name: **c7_Mandate**     (form ID: **135**)